RECEIVED
AUG 14 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| **RAYMOND PAYNE, JR.** | **CIVIL ACTION NO. 07-0232** |
| **VS.** | **JUDGE DOHERTY** |
| **HARTFORD LIFE & ACCIDENT INS. CO.** | **MAGISTRATE JUDGE METHVIN** |

## RULING ON MOTION FOR SUMMARY JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that plaintiff's Motion for Summary Judgment is **DENIED.**

Lafayette, Louisiana this 14 day of August, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT COURT